UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 MAR -6  AM 11: 47

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CRIMINAL NO. _____ |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| VIVID KAHEY (1) | § | [Ct. I –Vio: 21 U.S.C. §846– Conspiracy to |
| RAYMOND SMITH | § | Possess with Intent to Distribute Cocaine] |
| AKA: TREY (2) | § | **A12CR 084 LY** |
| MICHAEL BELL (3) | § | |
| TYSON CARTER (4) | § | |
| RODNEY RYAN (5) | § | |
| KEVIN EDWARDS (6) | § | |
| KENYATTA MCCLAIN (7) | § | |
| | § | |
| LUIS GONZALEZ (9) | § | |
| NOE LOPEZ | § | |
| AKA: PIRRI (10) | § | |
| MARIO GONZALEZ (11) | § | |
| VICENTE SANCHEZ (12) | § | |
| BIANCA GARZA (13) | § | |
| DANIEL OLMOS (14) | § | |
| LLASMIN ORDUNO (15) | § | |
| | § | |
| **Defendants** | § | |

THE GRAND JURY CHARGES:

COUNT ONE
Conspiracy to Possess with Intent to Distribute and Distribution
of a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on or about May 1, 2011, and continuing through March 6, 2012, in the Western District of Texas and elsewhere, **VIVID KAHEY, RAYMOND SMITH, MICHAEL BELL, TYSON CARTER, RODNEY RYAN, KEVIN EDWARDS, KENYATTA MCCLAIN, LUIS GONZALEZ, NOE LOPEZ, MARIO GONZALEZ, VICENTE SANCHEZ, BIANCA GARZA, DANIEL OLMOS, and LLASMIN ORDUNO**, defendants, did intentionally and knowingly combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL

JOHN E. MURPHY
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

DANIEL D. GUESS
Assistant United States Attorney