# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

USA §
§
vs. §   NO:   AU:12-CR-00084(1)-LY
§
(1) Vivid Kahey §

**LIST OF WITNESSES FOR DETENTION HEARING**

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. JUSTIN NOBLE | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |